[No. 34529-3-II.   Division Two.   March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. B.J.S., *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 137 Wn. App. 622-33, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated August 7, 2007 withdrawing the opinion, denying reconsideration, and substituting a new opinion. See 140 Wn. App. 91.